# Order

Michigan Supreme Court
Lansing, Michigan

March 9, 2011

141727 & (70)(72)

ESTATE OF DANIEL D. JILEK, by JOY
A. JILEK, Personal Representative,
           Plaintiff-Appellee,

v

CARLIN C. STOCKSON, M.D., and EPMG
OF MICHIGAN,
           Defendants-Appellants,

and

MAPLE URGENT CARE, d/b/a MAPLE
HEALTH BUILDING, TRINITY HEALTH-
MICHIGAN, CATHERINE MCAULEY
HEALTH CENTER, IRWIN M. LUTWIN,
CARPENTER HEALTH CARE, d/b/a
CARPENTER HEALTH CENTER, and
ROBERT E. ANDERSON,
           Defendants.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 141727
COA: 289488
Washtenaw CC: 05-000268-NH

On order of the Court, the application for leave to appeal the July 29, 2010 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(H)(1). At oral argument, the parties shall address: (1) whether the Court of Appeals erred in reversing the jury verdict in favor of the defendants on the basis of its conclusion that the trial court erred in determining the applicable standard of care, and (2) whether the Court of Appeals erred in holding that evidence of the defendants' internal policies and procedures should have been admitted at trial. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.

The motions for leave to file brief amicus curiae are GRANTED. The Michigan Association for Justice, Michigan Health and Hospital Association, and Michigan Defense Trial Counsel, Inc., are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 9, 2011

_____
Clerk

d0302